# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 17-5020-JFW (DFM) | Date: | October 24, 2019 |
|---|---|---|---|
| Title | Veil V. Douglass v. Michael Lin et al., | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On November 30, 2017, the Court directed service of process on Defendants Michael Lin, Jaspal Dhaiwal, and John Doe Alsayyid in their individual capacity. See Dkt. 9. On August 7, 2018, the United States Marshals Service ("USMS") filed USM-285 Process Receipt and Return forms regarding efforts to serve defendants Lin and Alsayyid. See Dkts. 22-23. The Deputy Marshal who signed the forms indicated that Lin is "[n]o longer employed by FBOP" and that Alsayyid is "[n]o longer detailed to FBOP." Dkts. 22-23. The Deputy Marshal also noted that no one at USP Lompoc is authorized to accept service for Lin or Alsayyid. See id.

On September 6, 2018, the Court authorized Plaintiff to submit two written questions or interrogatories to the BOP to determine the last known addresses for service of process of Lin and of Alsayyid. See Dkt. 27. Plaintiff did so on September 17, 2018. See Dkt. 30. Nevertheless, over a year later, Lin and Alsayyid remain unserved.

**Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why Lin and Alsayyid should not be dismissed from this action. In so doing, Plaintiff may indicate whether the BOP ever responded to his discovery requests.**