# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VEIL V. DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LIN et al.,<br><br>Defendants. | Case No. CV 17-5020-JWH (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. The Court engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' unopposed Motion to Dismiss is granted. The only remaining claim is Plaintiff's Eighth Amendment claim for medical indifference against Dr. Lin.

Date: December 17, 2020

JOHN W. HOLCOMB
United States District Judge