# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 17-05020-JWH (DFM) | Date: | June 3, 2021 |
|---|---|---|---|
| Title | Veil V. Douglass v. Michael Lin et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause re Current Address**

On April 5, 2021, Defendant Michael Lin moved to compel Plaintiff Veil V. Douglass to respond to Interrogatories and Requests for Production of Documents. See Dkt. 82. Plaintiff did not file an opposition. On May 4, the Court granted Defendant's motion and ordered Plaintiff to serve responses within fourteen (14) days. See Dkt. 86. The Court's order was returned as undeliverable. See Dkt. 87.

Local Rule 41-6 requires that a party proceeding pro se "must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address." Failure to do so can result in dismissal: "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."

**Accordingly, Plaintiff is ordered to provide a current address to the Court within fourteen (14) days of this order. Failure to do so will result in a recommendation to the District Judge that this case be dismissed for failure to prosecute. Once Plaintiff has done so, he will be afforded an additional seven (7) days to serve responses to Defendant's Interrogatories and RFPs, which are attached as exhibits to the Declaration of Daniel A. Beck (Dkt. 82-1).**