# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VEIL V. DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LIN et al.,<br><br>Defendants. | Case No. CV 17-5020-JWH (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge.  No objections were filed by the deadline.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that Judgment be entered dismissing this action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Date: August 27, 2021

JOHN W. HOLCOMB
United States District Judge