JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VEIL V. DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LIN et al.,<br><br>Defendants. | Case No. CV 17-5020-JWH (DFM)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the entire action is dismissed without prejudice for failure to prosecute.

    **IT IS SO ORDERED.**

Date: August 27, 2021

*[signature]*
JOHN W. HOLCOMB
United States District Judge